■■■ ANNE M. ROMANELLO et al., Respondents, v KENNETH S. FINLAY, Appellant. [910 NYS2d 711]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered October 21, 2009 in a personal injury action. The order denied the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Frizzell v Giannetti*, 34 AD3d 1202, 1203 [2006]; *House v Thornton*, 32 AD3d 1172 [2006]). Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.

■■■ COR BROKERAGE, INC., Respondent, v NEW HARTFORD SHOPPING CENTER TRUST, Appellant. [910 NYS2d 758]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered March 31, 2010 in an action seeking brokerage commissions on rental payments. The order denied defendant's motion for partial summary judgment on the first cause of action and granted plaintiff's cross motion for partial summary judgment on the first cause of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.